**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                       CASE NO. 3:14cr74/LAC

LUIS MANUEL MENDOZA-JUAREZ,
    Defendant.
_____/

## SENTENCE AND JUDGMENT

Defendant, Luis Manuel Mendoza-Juarez, is hereby sentenced on each of Counts I and III to probation for a period of one day, to run concurrent one with the other, with credit for time served.

Defendant has no further obligations to this Court. This case is closed.

**ORDERED** this 8th day of June, 2015.

                                                       s/*L.A. Collier*
                                                       LACEY A. COLLIER
                                                       Senior United States District Judge